**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Joshua Saathoff

Plaintiff,

v.

Case No.: 1:24−cv−12118
Honorable Charles P. Kocoras

Gene By Gene Ltd.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

MINUTE entry before the Honorable Charles P. Kocoras: In light of Plaintiff's amended complaint [13], Defendant's motion to dismiss [10] is denied as moot. The parties shall file a joint status report on 1/17/2025. Mailed notice. (smb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.