UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Joshua Saathoff
                        Plaintiff,

v.                                      Case No.: 1:24–cv–12118
                                              Honorable Manish S. Shah

Gene By Gene Ltd.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2025:

      MINUTE entry before the Honorable Manish S. Shah: The motions to reassign and consolidate [19] and [26] are granted. The court will ask the Executive Committee to reassign cases 3:24–cv–50501 and 1:25–cv–0572 to Judge Shah as related to 24–cv–12118. This court appoints Siri & Glimstad LLP and Almeida Law Group LLC as interim class counsel. Upon reassignment, the court expects plaintiffs' counsel to file an amended consolidated complaint in this case, the other cases will be terminated as having been consolidated into this case, defendant's motions' to dismiss will be terminated as moot upon the filing of an amended complaint, and the parties shall propose a new briefing schedule on the anticipated motions to dismiss/compel arbitration/transfer in response to the amended complaint. The parties' joint status report proposing a schedule is due in this case by 3/7/25. Discovery is stayed. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.