**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Joshua Saathoff
Plaintiff,
v.
Gene By Gene Ltd.
Defendant.

Case No.: 1:24−cv−12118
Honorable Manish S. Shah

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 17, 2025:

MINUTE entry before the Honorable Manish S. Shah: All filings must be entered on the docket under this case number, not 24−cv−50501. Plaintiff's consolidated amended class action complaint is due 5/6/25 (and must be filed on this docket). Defendant's response to the amended complaint is due 7/8/25. If defendant moves to dismiss, compel arbitration, or transfer venue, defendant's brief may be up to 20 pages. Plaintiff's response (up to 20 pages) is due 8/4/25 and defendant may reply by 8/25/25. The court will rule by cm/ecf and discovery is stayed. The motion to dismiss [17] is terminated without prejudice as moot on the expectation that an amended complaint will be filed on 5/6/25. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.